A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Pedro Ortega
_____
Plaintiff

596037
_____
Inmate Number

VERSUS

N. Burl Cain, Kevin Benjamin,
Tim Delaney, Troy Poret, Chad Menzina,
Randall Robertson, Chad Oubre, John Hughes,
William Rosso, Monica Lacomb, Cody Butler.
(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

B. Defendant  N. Burl Cain                                    is employed as
Warden                                              at Louisiana State Prison

C. Additional Defendants: Kevin Benjamin, Tim Delaney, Troy Poret, Chad Menzina, Randall Robertson, Chad Oubre, John Hughes, William Rosso, Monica Lacomb, Cody Butler. All defendants are employees of the Department of Public Safety and Corrections - LSP

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendants LSP officials named herein have continually violated plaintiff(s) civil rights under the Eighth Amendment to the United States Constitution, and have been deliberate indifferent to their health and safety - involuntarily exposing them to ETS causing them present physical as well as future harm - in failing to enforce non-smoking policy in housing areas without adequate ventilation in winter, and selling Tobacco products at LSP canteens. Additionally, prison officials have also used intimidating tactics and retaliated against them and prisoners who complain about the problem in violation of the First Amendment to the U.S. Constitution and state and D.O.C. rules and regulations under color of state law.

**RECEIVED**

SEP 1 4 2015

Legal Programs Department

SCANNED at LSP and Emailed
9|14|15 by CM . 3 pages
date      initials   No.

Date: Sept. 11, 2015

Clerk of Court
U.S. Middle District Court
777 Florida St. Suite 139
Baton Rouge, LA 70801

Re:   Pedro Ortega, et al vs. N. Burl Cain, et al
      CV- No. 15-0747 BAJ-SCR

Dear Clerk:

On August 25, 2015, I received your notice of deficiency on the above entitled § 1983 complaint, and was given 21 days to correct same.

On August 10, 2015, I mailed to your office a cover letter with two pages of complaint with full names of defendants. However it was deficient in that one of the defendants name was incorrect and I didi not find out until afterwards.

Please disregard the forms/or two pages sent on 9/10/15 and instead file the corrected two pages of application sent with this cover letter which contains correct information of defendant William Rosso within 21 days included herein to file into the record.

I thank you very much for your time, help and understanding on this matter. I remain;

Respectfully,

Pedro Ortega #596037
Louisiana State Prison
Angola, LA 70712

Norman Sanders #197433
Louisiana State Prison
Angola, LA 70712

cc:file